IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| STEPHANIE WADE,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br>    Defendant. | CIVIL ACTION NO.<br>4:18-cv-00055-JMV |

## FINAL JUDGMENT

Pursuant to the Order granting reversal and remand for further proceedings filed in this matter, it is hereby **ORDERED and ADJUDGED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to consider the additional evidence submitted and update the record pursuant to 20 C.F.R. §§ 404.1512 and 416.912; re-consider the claimant's impairments under Listing 1.02; if warranted, obtain a consultative examination in accordance with 20 C.F.R. §§ 404.1519a(b) and 416.919a(b); if warranted, obtain assistance from a medical expert; re-assess the claimant's residual functional capacity (as needed); re-evaluate the claimant's alleged symptoms and the medical opinions (as needed); proceed through the sequential evaluation process; take any further action to complete the administrative record; offer the claimant the opportunity for a hearing; and issue a new decision.

SIGNED this 16th day of January, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE